# Third District Court of Appeal

## State of Florida

Opinion filed January 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-740
Lower Tribunal No. 13-12008
_____

**Eduardo Hernando,**
Appellant,

vs.

**Barbara Francis Hernando,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Eduardo Hernando, in proper person.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for intervenor Leinoff & Lemos, P.A.

Before LOGUE, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.